UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00420

**Michael Eugene Sanderfer,**
*Plaintiff,*

v.

**Henderson County Jail et al.,**
*Defendants.*

# ORDER

Plaintiff Michael Eugene Sanderfer, a former inmate at the Henderson County Jail proceeding pro se, filed this lawsuit pursuant to 42 U.S.C. § 1983. This case was referred to United States Magistrate Judge K. Nicole Mitchell. The magistrate judge issued a report recommending that plaintiff's civil-rights lawsuit be dismissed, without prejudice, for plaintiff's failure to comply with orders of the court and to prosecute his case. Doc. 8. The report was returned as "undeliverable" with a "released" stamp. Doc. 9. No objections were filed to the report.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's civil-rights action is dismissed, without prejudice, for plaintiff's failure to comply with court orders and failure to prosecute. All pending motions in this civil action are denied.

*So ordered by the court on January 24, 2022.*

J. CAMPBELL BARKER
United States District Judge